UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| SURESH MALLELA, | : |
| Plaintiff, | : |
| | : Civil Action No. 2:19-cv-01658-NR |
| v. | : |
| COGENT INFOTECH CORP., | : |
| Defendant. | : |

---

### NOTICE OF DISMISSAL

**COMES NOW**, Plaintiff Suresh Mallela, and states as follows: Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff informs the Court that he is voluntarily dismissing this matter with prejudice. Counsel for the Defendant has been informed and agrees thereto.

DATED: June 5, 2020

Respectfully submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet, Esq.
**NYE, STIRLING, HALE & MILLER, LLP**
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
T: (412) 857-5350|
E: ben@nshmlaw.com

Christopher L. Nelson, Esq.
John J. Gross, Esq.
**THE WEISER LAW FIRM, P.C.**
22 Cassatt Avenue
Berwyn, PA 19312
T: (610) 225-2677
F: (610) 408-8062

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 5th day of June, 2020.

                                                                                        */s/ Benjamin J. Sweet*
                                                                                          Benjamin J. Sweet